ORIGINAL

FILED
MAR 13 2002
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re                          )   BK. NO. LA 95-36406 KM
                               )
   SWITCH USA                  )   MOTION FOR ORDER RELEASING
                               )   UNCLAIMED FUNDS
                               )
                               )   Hearing Date:
         Debtor(s)             )       Time:
                               )       Place:

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1.  I request an order releasing the total amount of $914.24 which is the sum of all moneys deposited with the court on the following date(s) 7/3/01 on behalf of the creditor P&M Zipper.

2.  (Please check and complete the applicable subparagraph(s) below):

   X_A.  I am the creditor named in paragraph 1.

   __B.  I am an employee of the creditor named in paragraph 1 and my title is General Manager/owner. The creditor is still legally entitled to the moneys and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   X_C.  I am the creditor and have appointed The Financial Resources Group, Inc., as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

1

___ D. Subparagraphs A, B, & C above do not apply, but I am entitled to payment of such moneys because (submit evidence establishing basis for right to obtain payment).

3. Please complete each of the following subparagraphs:

A. The following is the creditor's address and phone number:

2345 E. 52nd St.,

Los Angeles, CA 90058

323-277-7500

B. And a brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale the company from the prior to the new owner(s):

CREDITOR MOVED FROM PRIOR ADDRESS ON RECORD

4. I understand that, pursuant to 18 U.S.C. Section 152, I shall be fined not more than $5,000.00, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

5. On  3/8/02  , a fully completed copy of this document was mailed to the:

United States Attorney
312 North Spring Street
Los Angeles, CA. 90012

United States Trustee's Office
221 N. Figueroa Street
Los Angeles, CA. 90012

Please insert the address of the Trustee (or Reorganized Debtor, or other Fiduciary in charge of claims):

Alfred H. Siegel

15233 Ventura Blvd., Ninth Floor

Sherman Oaks, CA. 91403

_R. Navi_
Creditor's Signature*

(Corporate Seal if applicable)

N/A

Robert Navi, Pres./Gen Mgr./Reg Agent/Owner
Type or Print Creditor's Name
Arn Distributors Inc.
2345 E. 52nd St.,
Los Angeles, CA 90058

State of  California  )
County of  Los Angeles  ) ss

On  March 5, 2002  before me, (insert name and title of the signer),  Angeline R. Scott, Notary Public 
personally appeared  Robert Navi 

Personally known to me (or proved to me on the basis of satisfactory evidence) to be ther person (X) whose name (X) capacity(ies), and that by (his)/her/their signature(X) on the instrument the person(s), or the entity upon behalf of which their person(s) acted, executed the instrument.

WITNESS my hand and offical seal.
Signature  Angeline R. Scott 
My commission expires on  10-2-2002 

ANGELINE R. SCOTT
Commission # 1195758
Notary Public - California
Los Angeles County
My Comm. Expires Oct 2, 2002

Attorney/Attorney-in-Fact (if appointed)

_____
Signature*
**Larry L. Moses, General Manager**
Type or Print Name

**The Financial Resources Group, Inc.**
Address

**700 Mechem Drive, Suite 8B**

**Ruidoso, New Mexico, 88345**

State of New Mexico )
                     ) ss.
County of Lincoln    )

On 3/8/02 before me, (insert name and title of the signer),
personally appeared

_Larry Moses_
_General Manager_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which ther person(s) acted, executed the instrument.

**WITNESS my hand and offical seal.**
Signature _Susan D. Goodwin_
My commission expires on 10/22/05.        (SEAL)

* All Signatures must be notarized.
Presented by _____
            **Larry L. Moses, General Manager**

            **The Financial Resources Group, Inc.**

## LIMITED POWER OF ATTORNEY

*KNOW ALL MEN BY THESE PRESENTS, That*
　　　　　　　　　　Arn Distributors, Inc.
*have made, constituted and appointed and by these presents do make, constitute and appoint,*
　　　　　　　　　　The Financial Resources Group, Inc.
*my true and lawful attorney, for me and in my name, place and stead and for my use and benefit ,*

**ONLY** to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of:
　　　　　　　　　　$914.24

*giving and granting unto my said attorney full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural. This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.*

_R. Navi_　　　　　　　　　　　　FEBRUARY 06, 2002
Corporate Officer　　　　　　　　　Date

Arn Distributors, Inc.　　　　　　　Tax ID No: 95-4433903

PLACE CORPORATE SEAL HERE

N/A

**P&M DISTRIBUTORS**
MASTER DISTRIBUTOR OF SHIPPING SUPPLIES

**ROBERT NAVI**
General Manager

POLY GARMENT BAGS
GARMENT HANGERS
TALON ZIPPERS　　　　　　　　　(323) 277-7500
HANGER TAPE　　　　　　　　　FAX (323) 277-7501
ELASTIC　　　　　　　　　CELL PHONE (323) 428-3534
JANITORIAL SUPPLIES　　　　　robert@pmdistributor.com
SEALING TAPES　　　　　　　　2345 E. 52nd Street
CORRUGATED BOXES　　　　　　Vernon, CA 90058

### NOTARY ACKNOWLEDGEMENT

State of California
County of Los Angeles

SUBSCRIBED AND SWORN on the 5th day of March, 2002 before me, personally appeared Robert Navi personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.
Identification for the above named was Driver License No. (or specify other identification): Known to Me Personally.

WITNESS my hand and official seal.
Signature: Angeline R. Scott
Residing at: San Gabriel, CA
My commission expires: Oct. 2, 2002

ANGELINE R. SCOTT
Commission # 1195758
Notary Public - California
Los Angeles County
My Comm. Expires Oct 2, 2002

# P&M DISTRIBUTORS

MASTER DISTRIBUTOR OF SHIPPING SUPPLIES

2345 E. 52nd Street
Vernon, CA 90058

Tel: (323) 277-7500
Fax: (323) 277-7501

FEBRUARY 06, 2002

THIS IS TO CERTIFY THAT ARN DISTRIBUTORS, INC. IS D.B.A. P & M ZIPPER,
P & M DISTRIBUTORS, AND P & M ZIPPER DISTRIBUTORS.

ROBERT NAVI    / *?. Navi*
PRESIDENT/GENERAL MANAGER/REGISTERED AGENT/OWNER

ROBERT NAVI, IS THE PRESIDENT, GENERAL MANAGER AND REGISTERED
AGENT AND OWNER OF ARN DISTRIBUTORS, INC. D.B.A. P & M ZIPPER AND
NO ONE ELSE HAS THE RIGHTS TO COLLECT THESE FUNDS.

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of _Los Angeles_ } ss.

On _March 5, 2002_ before me, _Angeline R. Scott, Notary Public_,
personally appeared _Robert Navi_,

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Angeline R. Scott_
Signature of Notary Public

[Notary Seal: ANGELINE R. SCOTT, Commission # 1195758, Notary Public - California, Los Angeles County, My Comm. Expires Oct 2, 2002]

Place Notary Seal Above

---------- OPTIONAL ----------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: _Explanation of Company Names_
Document Date: _February 6, 2002_    Number of Pages: _One (1)_
Signer(s) Other Than Named Above: _None_

**Capacity(ies) Claimed by Signer**
Signer's Name: _Robert Navi_
☐ Individual
☒ Corporate Officer — Title(s): _President, General Manager,_
☐ Partner — ☐ Limited ☐ General   _Registered Agent/Owner._
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: ____

Signer Is Representing: ____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here



Handwritten on deposit ticket: "Deposit slip used for the financial Resources going into Morales's Night Document"

1860875



# State of California
## OFFICE OF THE SECRETARY OF STATE

## CORPORATION DIVISION

I, *MARCH FONG EU*, Secretary of State of the State of California, hereby certify:

That the annexed transcript has been compared with the corporate record on file in this office, of which it purports to be a copy, and that same is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this

JUN 3 0 1993



*March Fong Eu*

Secretary of State

ENDORSED
FILED
JUN 29 1993

# ARTICLES OF INCORPORATION
# OF
# ARN DISTRIBUTORS, INC.

I.

The name of this Corporation is **ARN Distributors, Inc.** (the "Corporation").

II.

The purpose of this Corporation is to engage in any lawful act or activity for which a Corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III.

The name and address in the State of California of this Corporation's initial agent for service of process is:

*Robert Navi*
*595 Evelyn Place*
*Beverly Hills, CA 90210*

IV.

The liability of the directors of the Corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

V.

The Corporation is authorized to provide indemnification of agents (as defined in Section 317 of the Corporations Code) for breach of duty to the Corporation and its stockholders through bylaw provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the

Corporations Code, subject to the limits of such excess indemnification set forth in Section 204 of the Corporations Code.

## VI.

This Corporation is authorized to issue only one class of shares of stock, which shall be designated "common" shares. The total authorized number of such shares which may be issued is ten thousand (10,000).

DATED:    June 25, 1993

*[signature]*

HAMID NAHAI, Incorporator

SD000042

ALFRED H. SIEGEL
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403
Telephone: (818) 325-8441
Facsimile: (818) 501-7040

Chapter 7 Trustee

cmg:T10134/92226

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

SWITCH USA,

  Debtor(s).

Case No. LA 95-36406 KM

Chapter 7

NOTICE OF UNCLAIMED DIVIDEND(S)
(FRBP 3011)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 216 in the sum of $6,390.08 representing the total amount of unclaimed dividend(s) in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is as follows:

| Check No. | Name and Address | Amount |
|---|---|---|
| 120 | Western Dye House<br>c/o Charter Adjustments Corp.<br>3695 Alamo Street, Suite 201<br>Simi Valley, CA 93063 | $ 181.66 |
| 124 | Fabric USA<br>2039 Sacramento Street<br>Los Angeles, CA 90021 | $2,952.82 |
| 125 | Bullit Messenger/Manpower<br>206 Front Street<br>Brooklyn, NY 11201 | $   25.94 |

| | | | |
|---|---|---|---|
| 1 | 126 | Copen Associates<br>Attention: Meyer Srulowitz<br>350 Fifth Avenue, Suite 5605<br>New York, NY 10118 | $ 10.77 |
| 2 | 134 | Can Do Textiles<br>110 West 40th Street<br>Suite 1410<br>New York, NY 10118 | $ 94.31 |
| 3 | 147 | Lemar Textile<br>222 North Avenue 23<br>Los Angeles, CA 90031 | $ 21.99 |
| 4 | 152 | LDDS Worldcom<br>12500 San Pedro<br>Suite 300<br>San Antonio, TX 78216 | $ 117.75 |
| 5 | 155 | P&M Zipper<br>1685 Mateo Steet<br>Los Angeles, CA 90021 | $ 914.24 |
| 6 | 158 | S K Textiles<br>4017 Whittier Boulevard<br>Los Angeles, CA 90023 | $ 26.05 |
| 7 | 162 | Central Factoring<br>Acker Jablow<br>P.O. Box 939<br>Clifton, NJ 07014 | $ 569.60 |
| 8 | 166 | Standard Bais Corporation<br>1111 East 16th Street<br>Los Angeles, CA 90021 | $ 490.97 |
| 9 | 168 | Intep, Inc.<br>5101 Alameda Street<br>Los Angeles, CA 90058 | $ 145.79 |
| 10 | 172 | Y. Joe Idel dba KLM Electric<br>23655 Sandalwood Street<br>West Hills, CA 91307 | $ 58.55 |
| 11 | 173 | Centex Telemanagement Inc.<br>P.O. Box 2650<br>Terminal Annex<br>Los Angeles, CA 90051 | $ 78.36 |
| 12 | 178 | Nycon<br>P.O. Box 01799<br>Los Angeles, CA 90001 | $ 14.09 |