ALFRED H. SIEGEL
15233 Ventura Boulevard, 9th Floor
Sherman Oaks, CA 91403
Telephone:   (818) 325-8441
Facsimile:   (818) 501-7040
Chapter 7 Trustee
ET/T10134/#97726

FILED
02 MAR 27 PM 4:18
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

ORIGINAL

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. LA 95-36406 KM |
| | Chapter 7 |
| SWITCH U.S.A., INC., | **STATEMENT OF ZERO BALANCE** |
| Debtor. | |

The undersigned trustee of the above-entitled case has disbursed all funds which created a zero balance in the bank account as reflected on the attached copy of the bank statement (**Exhibit "A"**). The trustee hereby requests that the case be closed by the court.

Dated: March 26, 2002

_____
ALFRED H. SIEGEL
Chapter 7 Trustee



Entered 03/28/02 00:00:00  Desc
January 1 - January 31, 2002
Page 1 of 1

312-00312-E000-00312- H   -113-9-03-W  - N -

LA95-36406 KM SWITCH USA INC
#007680 ALFRED H SIEGEL TTEE
BRANCH 312
EE WATER STREET, ROOM 540
NEW YORK NY  10041

# The Small Business Team at Chase Statement

**Customer Service**
Nationwide 800 #: 1-800-634-5273
Nationwide Fax #: 1-800-457-3510

Primary Account Number:  312-8275704-66
Number of Checks Enclosed: 0

## Business Checking
312-8275704-66

LA95-36406 KM SWITCH USA INC
#007680 ALFRED H SIEGEL TTEE

| Summary | Number | Amount |
|---|---|---|
| Opening Balance | | 0.00 |
| Deposits and Credits | 0 | 0.00 |
| Withdrawals and Debits | 0 | 0.00 |
| Checks Paid | 0 | 0.00 |
| **Ending Balance** | | **0.00** |

**Analysis Fee Explanation**  Your analysis fee has been waived this month.

EXHIBIT " A " PAGE 1 OF 1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 15233 Ventura Boulevard, Ninth Floor, Sherman Oaks, California 91403.

    On March 27, 2002, I served the foregoing document described as:

**STATEMENT OF ZERO BALANCE**

on the interested parties in this action by placing ____ the original __X__ a true copy thereof enclosed in a sealed envelope addressed as follows:

**Office of the U.S. Trustee**
**221 N. Figueroa Street, 8th Floor**
**Los Angeles, CA   90012**

X____ (BY MAIL)  I deposited such envelope with postage thereon fully prepaid in the United States mail at Sherman Oaks, California.

_____ (BY PERSONAL SERVICE)  I delivered such envelope by hand to the offices of the addressee.

_____ (BY FACSIMILE TRANSMISSION)  I caused to be transmitted to the following party(ies) at the telephone numbers listed:

    Executed on March 27, 2002, at Sherman Oaks, California.

_____ (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X____ (FEDERAL)  I declare that I am employed in the office of Alfred H. Siegel, bankruptcy trustee, at whose direction the service was made.

_____
EDNA TOUFER